**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

Moorish Science Temple of America

            Plaintiff,

v.                   Case No.: 1:22−cv−01466
                  Honorable John Robert Blakey

Gist, et al.

            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 28, 2022:

  MINUTE entry before the Honorable John Robert Blakey: The Court denies Plaintiff's application for leave to proceed in forma pauperis [3] for several reasons, most importantly because Plaintiff purports to be a corporation and only natural persons may proceed in forma pauperis. E.g., Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 196 (1993) (only a natural person may qualify for treatment in forma pauperis under § 1915). If Plaintiff wishes to proceed with this case, it must pay the filing fee by 4/15/22 or the Court will dismiss this case. The Court further advises Plaintiff that a corporation may not represent itself, see, e.g., In re IFC Credit Corp., 663 F.3d 315, 318 (7th Cir. 2011) ("Corporations unlike human beings are not permitted to litigate pro se."). As a result, if Plaintiff does proceed with this case, it will need to secure counsel. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.